**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLIFFORD R. WILLIAMS,

    Plaintiff,

vs.                    CASE NO. 3:04-cv-940-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.
_____

### **O R D E R**

This cause is before the Court *sua sponte*. Plaintiff's Motion for Remand Pursuant to Sentence Six of 42 U.S.C. §405(g) (Doc. #14) was denied on April 27, 2005. Order (Doc. #16). However, to date, Plaintiff has failed to file a memorandum of law in support of the Complaint.

Accordingly, it is

**ORDERED:**

Plaintiff shall file his memorandum within eleven (11) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of July, 2005.

                                        /s/      Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and *pro se* parties, if any